# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS HAROLD STIGER,<br>Reg #39053-115 | * <br> * <br> * | |
| Plaintiff, | * | |
| v. | * <br> * | No. 2:12-cv-00112- JJV |
| T. C. OUTLAW, Warden, FCI - Forrest City, | * <br> * <br> * | |
| Defendants. | * | |

## ORDER

Mr. Stiger correctly notes that the Court granted him until December 3, 2012, to file a reply to the Response. (Doc. No. 13.) Therefore, the Proposed Findings and Recommendations is VACATED. (Doc. 15.) Mr. Stiger shall have until December 12, 2012 to file his Reply as requested.

DATED this 29th day of November, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE