IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS HAROLD STIGER, | * | |
| Reg #39053-115 | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | No. 2:12-cv-00112-JJV |
| | * | |
| T. C. OUTLAW, Warden, FCI - Forrest City, | * | |
| | * | |
| | * | |
| Defendants. | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

SO ORDERED this 19th day of December, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE